**CORNING INCORPORATED and Artificial Sensing Instruments ASI AG, Plaintiffs–Cross Appellants,**

v.

**SRU BIOSYSTEMS, LLC, SRU Biosystems, Inc., and SRU Biosystems Holdings, LLC, Defendants–Appellants.**

Nos. 2006–1609, 2006–1632.

United States Court of Appeals, Federal Circuit.

Dec. 22, 2006.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss their appeals from *Corning Incorporated v. SRU Biosystems*, 03–CV–633 (D.Del.),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs